

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2022

No. 04-22-00094-CV

## IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES

Original Mandamus Proceeding[1]

### ORDER

On February 16, 2022, relator filed a petition for writ of mandamus. The respondent and real party in interest filed responses. We CONDITIONALLY GRANT the Department's petition for writ of mandamus as to paragraph 2.1 and DENY the petition as to all other paragraphs. *See* TEX. R. APP. P. 52.8.

We ORDER the Honorable Mary Lou Alvarez to, no later than fifteen days from the date of this order, vacate those portions of her January 28, 2022 "Order Following Hearing Regarding Placement [for J.E.]" ordering the Texas Department of Family and Protective Services to "offer a child specific contract with a $1,000 per day offer to Trulight, Pathways, Bair Foundation, and Arrow at a minimum to locate placement for [J.E.]." *See* TEX. R. APP. P. 52.8. The writ will issue only in the event we are informed Judge Mary Lou Alvarez fails to comply with this order.

This court's February 16, 2022 stay of the January 28, 2022 "Order Following Hearing Regarding Placement [for J.E.]" is LIFTED.

It is so **ORDERED** on August 10, 2022.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2022.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2020-PA-02332, styled *In the Interest of J.E., a Child*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.